**Jeffrey Allen CARTER, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE; Lonnie Saunders, Warden; Warden Hollar; Major Redman, Grievance Officer; Lieutenant Santiago; Sergeant Scott; Sergeant Hardin; Snyder, c/o; Officer Jones; Correctional Officer Conner; Sergeant Thompson, Investigator, Defendants–Appellees.**

**No. 00–7814.**

United States Court of Appeals, Fourth Circuit.

Submitted April 6, 2001.

Decided July 9, 2001.

Jeffrey Allen Carter, pro se.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Allen Carter appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint and denying reconsideration of that order. The district court dismissed Carter's sexual harassment claims without prejudice because he did not allege physical injury pursuant to 42 U.S.C.A. § 1997e(e) (West Supp.2000). Because Carter may re-file his complaint to allege physical injury, the order in question is not a final, appealable order as to those claims. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss Carter's appeal as to the sexual harassment claims for lack of jurisdiction.

We have reviewed the record as to the remaining claims and the district's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court as to all other claims. *Carter v. Angelone,* No. CA–00–951–7 (W.D.Va. Dec. 11 and 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED IN PART; AFFIRMED IN PART.*